## United States District Court
### For the District of Hartford Connecticut

**Plaintiff:**

1) Steven Hayes MQ5447
   SCI-Greene
   175 Progress Dr
   Waynesburg PA 15370

VS

**Case No. 3:20-cv-1714-JCH**

**Date: November 12th, 2020**

**Defendents:**

1) Boyscouts of America

---

### Jurisdiction

I can bring my case in Federal Court because I am suing the Boy Scouts of America for "Failure to Protect" regarding sexual molestation of a minor while in their custody.

### History

During the mid to late 70's I was a minor child living with my mother, father, and two younger brothers in the town of Southington CT, our residence was 46 Norwood Drive. I had started in the Cub Scouts in Bristol CT and entered the Boy Scouts soon after our move to Southington. I was dealing with escalating abuse, verbal to physical from my father. I was also dealing with my confusion

pertaining to my sexuality. I am a transgender female who @ that point in my life struggled to understand my misalignment between my inner female self, being biologically male and bisexual orientation. I was heavyily bullied in school so I struggled to repress this inner turmoil to prevent additional reasons to draw attention. I portrayed myself as a normal pre-teen adolesenct, when in fact I was trans. This only made me a larger target because I never fit in with other male peers.

## CAUSE OF ACTION

1) Between approximately 1974 thru 1976 I participated in the Cub Scout/Boy Scout Program. The Cub Scout Program was in Bristol CT. The Boyscout Program was in Southington CT. The Boy Scout Program consisted of meetings, camping trip and I attended the Boy Scout Jamboree with my Father.

2) During my time with the Boyscouts I began to expierence verbal and physical abuse from my father for being efeminent and behavioral issues. I was also dealing with the internal struggle of being a transgender female and bisexual orientation.

3) Because my home enviorment was unsafe to process these confusing feelings, I repressed my true self to conform with societies view of a normal pre-teen male. This only enhanced my outcast status.

4) In the fall of, I believe 1976, Sept or Oct, I attended a Boyscout meeting with a fellow neighborhood boy (B.S.). I know it was fall because the "Apple Harvest Festival" was announced. The meetings were held in a church basement, across from the Town Green in the Towns Center. The meeting started early evening between 6pm - 7pm.

5) I believe it was the mother of (B.S.) who took us to the meeting in the family car. We were dropped off @ the Town Green.

6) As normal we went to the corner drug store to buy candy for the meeting. Once inside I realized I had left my money @ home when I changed into my Boy Scout uniform. Upon impulse I shoplifted a bag of plain m+m's. We then left the drug store. I do not believe (B.S.) knew what I did.

7) During the meeting I began to feel guilty @ the fact I stole something from a store. My guilt was intensivefied due to the fact I was a Boy Scout.

8) Midway into the meeting the troop leader pulled me out of the meeting and into one of the rooms off to the side. While the light in the room was off there was ambiant light from the lights in the outside main room. This was where the chairs were kept.

9) Once inside the room I realized we were not there for extra

CHAIRS. INSTEAD I WAS CONFRONTED WITH STEALING THE M+M'S. THE TROOP LEADER SAID HE SAW ME STEAL THE M+M'S AND THREATEN TO TELL MY PARENTS. THIS TERRIFIED ME DUE TO MY FATHERS ESCALATING PHYSICAL ABUSE TOWARD MAINLY MY MIDDLE BROTHER AND NOW SOMETIMES MYSELF.

10) IT WAS @ THIS POINT THE TROOP LEADER BEGAN TO SOFTEN HIS HARD STANCE TELLING ME MY PARENTS DID NOT NEED TO FIND OUT. HE SAID HE COULD KEEP A SECRET IF I COULD. BECAUSE I WAS CRYING HE PULLED ME CLOSE TO CONFORT ME. THIS IS WHEN HE BEGAN TO EXPLORE MY BODY SAYING OVER AND OVER "WE ALL HAVE SECRETS".

11) WHEN I TRIED TO PULL AWAY HE HELD ON TO ME REMINDING ME HE COULD STILL TELL MY FATHER. FEELING THIS WAS MY FAULT FOR SHOWING SIGNS OF BEING A GIRL, WHICH ENRAGED MY FATHER REGARDING MY MIDDLE BROTHER, AND I BELIEVED THIS WAS WHY I WAS BEING NOW TREATED AS A GIRL, I STOPPED RESISTING.

12) THIS IS WHEN THE EXPLORING REACHED MY GENITALS, HE SLID MY PANTS AND MY UNDERWEAR DOWN AND TOOK MY PENIS IN HIS MOUTH. I DID BECOME ERECT BUT WENT SOFT DUE TO INTENSE FEAR. HE STOPPED SAYING NEXT TIME IT WOULD BE BETTER, I JUST NEEDED TO RELAX.

13) I PULLED UP MY UNDERWEAR AND PANTS, TUCKED MY SHIRT IN GRATEFUL IT WAS OVER. IT WAS NOT. HE NOW HAD HIS PANTS AND UNDERWEAR DOWN AND HIS PENIS WAS ERECT AND HE WAS MASTERBATING. HE THEN GRABBED ME AGAIN, PLACE MY HANDS TO HOLD HIS PENIS AND THEN TOLD ME I NEEDED TO

do to him what he did to me (oral sex). When I would not move he began to get angry saying he would tell my father about this as well. Completely terrified and crying I got down on my knees and took his penis in my mouth. I could not get it in that far so he held my head with one hand, his penis with the other and ejaculated into my mouth. I gagged @ the taste, smell and his penis being forced down my throat.

14) He quickly pulled up his underwear and pants then took me in his arms and told me everything was alright, no one would ever know and now we both had a secret. He waited for me to calm down then we left the room. The meeting was still in progress. The other scouts did not seem to notice, nor the other troop leader. I believe the incident lasted approximately 10 mins.

15) I remained in shock thru the rest of the meeting with the troop leader staring at me. When the meeting ended the troop leader remained close by. One of the other scouts inquired why I was taken out. My eyes started to tear up and the troop leader interjected saying I got my self into some trouble and to leave me be.

16) This was the last meeting I attended. I also never told anyone what occurred. I don't know if any other scouts were molested.

### Conclusionary Statement

30 years later I found the NA program of recovery where I learned "we are only as sick as our secrets". As a pre-teen I now had two secrets and I had no way out. I could not tell anyone what occured at the meeting because I believed it was my fault, not for shoplifting as wrong as that was, no it was my fault because I was a girl inside and that was why the troop leader did what he did. To tell anyone what occured would have exposed I was a girl trapped in a boys body. My middle brother was beat by my father for being diffrent (gay), sometimes severely. I was terrified I would be killed for being broken.

Slowly my life came apart. I found drugs and alcohol took away the pain I expierenced every day. I skipped school to avoid being bullied for being diffrent. I hitch-hiked during the days I skipped and shoplifted to get money for drugs and booze. I barely escaped being abducted while skipping one day.

Shortly after my parents divorced we moved. My addiction, dysfunction, school skipping and criminal activity escalated. This behavior led me to being raped by the town cop who told my mom he had a boys camp (true) and only needed a positive role model (also true). This officers idea of positive role model was to take me to a movie, then to his boys camp where I was orally and anally raped with the threat of going to jail if I told anyone. I did not and my secrets compiled. Only this secret allowed this police officer to rape dozens of other boys for another 11 years until he was finally caught. Keeping my secrets led me to jail for breaking the law where I was violently raped due to my feminin trates.

Now I began my life of Gender Dysphoria, Major Depression, Anxiety, OCD, Suicide Ideation and Several attempts @ Suicide. I became heavily addicted and a criminal because I could not hold down a job for fear of exposing I was trans. As a result I destroyed my life, the lives of my family and the lives of everyone I came in contact with. I am now in prison for the rest of my life.

In 2018 I was finally able to admit my personal truth of being trans. I also opened up to the prison rape. Due to alot of personal therapy in March of 2020 I was finally able to expose the secret that started it all. The last Boy Scout meeting. I am presently in therapy for this secret and I now realize it was not my fault. I was a victim of an authority figure I should have been able to trust. Unfortunately everything that occurred after due to my choice to keep secret was my fault.

### Relief Requested

1) <u>Trial by Jury</u>

2) <u>Declareary Judgement</u> for personal closure.

3) <u>Compensatory Damage</u> in the amount of $50,000.00 for being sexually molested by a troop leader that triggered my self destructive life.

4) <u>Punitive Damages</u> in the amount of $500,000.00 to be paid

To the Connecticut Families in Crisis Program.

## Declaration

I Ms. S. Hayes declare under the penalty of perjury that the facts and dates in this complaint are accurate to the best of my memory.

Respectfully submitted by

*Ms S Hayes*

Ms. S. Hayes MQ5447

SCI-Greene

175 Progress Dr

Waynesburg, PA 15370