**Steven Hayes, MQ5447**
**SCI-Greene**
**175 Progress Drive**
**Waynesburg, PA 15370**

PA DEPT OF
CORRECTIONS
INMATE MAIL



U.S. POSTAGE >> PITNEY BOWES
ZIP 15370   $ 000.50⁰
02 4W
0000355500 NOV. 13 2020



Clerk of the Court
U.S. District Court
450 Main St
Hartford, CT
          06103